HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROTECH MINERALS, INC., a California Corporation, and CHUL LIM CHOE, an individual<br><br>    Petitioners/<br>    Counter-Defendants,<br><br>vs.<br><br>TERRY SUZUKI,<br><br>    Respondent/<br>    Counter-Plaintiff | No. 2:20-cv-00969-TSZ<br><br>RESPONDENT TERRY SUZUKI'S NOTICE OF MOTION RENOTED<br><br>LCR 7(l) |

Pursuant to Joint Status Report filed on September 1, 2020 [Dkt. 12], and in compliance with LCR 7(l), Respondent and Counter-Plaintiff Terry Suzuki gives a notice of his Motion to Confirm Arbitration Award and for an Award of Attorney Fees and Costs [Dkt. 12] currently noted for October 2, 2020, to be re-noted for October 9, 2020.

Notice of Motion Re-Noted - 1
[2:20-cv-00969-TSZ]

CFL LAW GROUP, LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Dated September 4, 2020.

        CFL LAW GROUP, LLP

        By: */s/ Jack M. Lovejoy*

        Jack M. Lovejoy, WSBA No. 36962
        CFL LAW GROUP, LLP
        1001 Fourth Avenue, Suite 3900
        Seattle, Washington 98154
        (206) 292-8800 phone
        E-mail: jlovejoy@corrcronin.com

        *Attorney for Respondent/Counter-Plaintiff Terry Suzuki*

Notice of Motion Re-Noted - 2
[2:20-cv-00969-TSZ]

CFL LAW GROUP, LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2020, I electronically filed the foregoing with Clerk of the Court utilizing the ECF Court's system which will send notification of filings to all registered e-service recipients.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED at Port Orchard, Washington, on September 4, 2020.

*By: s/ Irina Kinyon*

Irina Kinyon, PP
Paralegal
ikinyon@corrcronin.com

Notice of Motion Re-Noted - 3
[2:20-cv-00969-TSZ]

CFL LAW GROUP, LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800