UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROTECH MINERALS, INC., a California Corporation, and CHUL LIM CHOE, an individual,

          Petitioners/

          Counter-Defendants,

  v.

TERRY SUZUKI,

          Respondent/

          Counter-Plaintiff.

C20-969 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Respondent/Counter-Plaintiff Terry Suzuki's Motion for an Order Determining Attorney's Fees and an Award of Post-Award, Prejudgment Interest, docket no. 19, is GRANTED.  The Court AWARDS Suzuki $12,262.50 in attorney's fees.  The Court further AWARDS Suzuki post-award, prejudgment interest in the amount of $102.39 per day from the date of the Arbitration Award (April 18, 2020) to the date of entry of judgment in this matter.

(2) The Clerk is DIRECTED, from the date of this Minute Order forward, to substitute Dugout Team, LLC into this case in the place of Terry Suzuki as the Respondent/Counter-Plaintiff and Judgment Creditor.

//

//

MINUTE ORDER - 1

(3)     The Clerk is DIRECTED to enter judgment consistent with this Minute Order, send a copy of this Minute Order and judgment to all counsel of record, and close the case.

Dated this 21st day of January, 2021.

William M. McCool<br>
Clerk<br>
<br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 2