# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PROTECH MINERALS, INC., a California Corporation, and CHUL LIM CHOE, an individual,<br><br>    Petitioners/<br>    Counter-Defendants,<br><br>  v.<br><br>DUGOUT TEAM, LLC,<br><br>    Respondent/<br>    Counter-Plaintiff. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-969 TSZ |

___ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

  THE COURT HAS ORDERED THAT

The Arbitrator's Corrected Final Award is CONFIRMED. Dugout Team, LLC is AWARDED judgment against Protech Minerals Inc. and Chul Lim Choe in the amount of $373,713.77 in damages, $12,262.50 in attorney's fees and costs, and post-award, prejudgment interest in the amount of $102.39 per day from the date of the Arbitration Award (April 18, 2020) to the date of entry of judgment in this matter. The judgment shall bear interest pursuant to 28 U.S.C. § 1961, at the rate of zero and eleven hundredths percent (0.11%) per annum, from the date of judgment until paid in full.

//
//

Dugout Team, LLC may tax costs in the manner set forth in Local Civil Rule 54(d).

Dated this 22nd day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk